# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO POLANCO,<br><br>        Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:11-cv-01421-SMS PC<br><br>ORDER STRIKING COMPLAINT FROM RECORD FOR LACK OF SIGNATURE<br><br>(ECF No. 1)<br><br>THIRTY DAY DEADLINE |

Plaintiff Rigoberto Polanco ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 15, 2011, Plaintiff filed an unsigned complaint. Unsigned documents cannot be considered by the Court, and Plaintiff's complaint is HEREBY STRICKEN from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Plaintiff SHALL file a signed complaint within **thirty (30) days** from the date of service of this order. The failure to comply with this order will result in dismissal of this action in its entirety.

IT IS SO ORDERED.

Dated:   August 25, 2011              /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE