# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO POLANCO, | CASE NO. 1:11-cv-01421-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S WRIT |
| v. | (ECF No. 28) |
| DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. / | |

 Plaintiff Rigoberto Polanco ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on August 15, 2011, and Plaintiff's complaint, filed September 16, 2011, is currently pending screening. (ECF No. 10.) On May 3, 2012, Plaintiff filed a motion entitled "Alternate Writ of Request for Witness Before Write [sic] of Mandate." The document filed by Plaintiff is rambling and incoherent.

 If Plaintiff wishes the court to take action, he needs to file a motion clearly stating what he is requesting. While Plaintiff requests a witness, there are no hearings currently set in this action. Since the Court is unable to determine what action is requested, Plaintiff's "Alternate Writ of Request for Witness Before Write [sic] of Mandate" is HEREBY DENIED.

 IT IS SO ORDERED.

Dated:   **May 9, 2012**     **/s/ Barbara A. McAuliffe**
                 UNITED STATES MAGISTRATE JUDGE