1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   RIGOBERTO POLANCO,                    CASE NO. 1:11-cv-01421-BAM PC

10                  Plaintiff,

11       v.                               ORDER   DISMISSING   ACTION,   WITH
                                          PREJUDICE,  FOR  FAILURE  TO  STATE  A
                                          CLAIM
12   DEPARTMENT OF CORRECTIONS, et al.,

13                                        ORDER THAT DISMISSAL IS SUBJECT TO 28
                                          U.S.C. § 1915(G)
                    Defendants.
14

15   _____/

16       Plaintiff Rigoberto Polanco ("Plaintiff") is a state prisoner proceeding pro se and in forma

17   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was filed on August 15,

18   2011.  On October 22, 2012, an order issued dismissing the complaint, for failure to state a claim,

19   and Plaintiff was granted leave to file an amended complaint within thirty days.  28 U.S.C. § 1915A;

20   28 U.S.C. § 1915(e).  Plaintiff was warned that if he failed to file an amended complaint in

21   compliance with the order, this action would be dismissed, with prejudice, for failure to state any

22   claims.  More than thirty days have passed and Plaintiff has not complied with or otherwise

23   responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims

24   upon which relief may be granted.

25       Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is

26   HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which

27   relief may be granted.  The Clerk's Office SHALL enter judgment against Plaintiff.  This dismissal

28   ///

1

1   is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  Silva v. Vittorio, 658

2   F.3d 1090, 1098-99 (9th Cir. 2011).

3        IT IS SO ORDERED.

4   **Dated:**   **December 10, 2012**        **/s/ Barbara A. McAuliffe**
                                                 UNITED STATES MAGISTRATE JUDGE